AO 450 (SCD 04/2010) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Michael E Hamm | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 9:21-cv-03084-RMG |
| John Magill, Director of South Carolina Department of Mental Health, et al | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ __), which includes prejudgment interest at the rate of ____%, plus postjudgment interest at the rate of ____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Plaintiff, Michael E Hamm, shall take nothing of Defendants, as to the complaint filed pursuant to 42 U.S.C. § 1983 and this action is dismissed.


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

☒ decided by the Honorable Richard M Gergel, United States District Judge, presiding. The Court having adopted the Report and Recommendation set forth by the Honorable Molly Hughes Cherry, United States Magistrate Judge.

Date: December 6, 2022

ROBIN L. BLUME, CLERK OF COURT

s/ A. Snipes

*Signature of Clerk or Deputy Clerk*